To whom it may concern:

12-24-14

My name is Lamar Love RECEIVED IN COURT OF CRIMINAL APPEALS JAN 05 2015 Abel Acosta, Clerk #1477455. I was convicted in causes #D-1-DC-10-904094 and sentenced to 70 years under Several all ran concurrent. Among other things. I believed that the use of 404 (b) to introduce evidence from an unadjudicated solicitation to commit capital murder was used to convict the defendant of cause#D-1-DC-10-904. 094 was dismissed on 8-23-11 I was convicted 12-10-10 it should have never been allowed. This makes it inadmissible and a violation of the defendants Due Process rights under the constitution of the United States. The State must convict me of all extraneous offences used as evidence in cause D-1-DC-10-904094 on trial.

Also there was an off bench discussion involving my lawyer D.A. at the bench where there is evidence of the defendants mental health issues in question for competency PG 43-47 columns of transcripts and another Due Process violation by the State CCP 42.12 9 J(1) there must be a competancy hearing when question to the defendants competancy other than competancy to stand trial is raised by anyone Garcett v State 818 S.W. 2d, 227 I hereby request an evidentiary hearing be done

PG 1 Over